PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>DeJuane Matthew Bond</u>     Case Number: <u>3:05-00116</u>

Name of Sentencing Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>August 31, 2006</u>

Original Offense: <u>18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and 21 U.S.C.§ 841(a)(1) Possession with Intent to Distribute Cocaine</u>

Original Sentence: <u>121 months' total custody and 3 years' total supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>June 10, 2014</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>     Defense Attorney: <u>George Thompson</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 12th day of Sept., 2014, and made a part of the records in the above case.

/s/ Aleta A. Trauger
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

/s/ Joshua Smith
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date     September 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

   On August 28, 2014, Mr. Bond tested positive for cocaine. He denied using cocaine and reported that he had obtained transportation from his aunt who uses cocaine in her cigarettes. He reported that she smoked the cocaine laced cigarettes while transporting him in the vehicle.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Bond began supervised release on June 10, 2014. He is scheduled to terminate supervision on June 9, 2017.

As result of the positive drug testing, drug testing for Mr. Bond has been increased, and he was referred for a substance abuse assessment.

Mr. Bond is unemployed and is reportedly searching for employment. He has informed the probation officer that he is also applying for benefits with the Social Security Administration due to his medical condition of epilepsy.

### U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken by the Court at this time to allow opportunity for Mr. Bond to benefit from substance abuse treatment.

The U. S. Attorney's Office has been notified and concurs with the above recommendation.

Approved by: _____
Vidette Putman
Supervisory U.S. Probation Officer